IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-2088

H. B. RENTALS, L.C.,

       Plaintiff,

v.

GOLIATH INDUSTRIES, LLC,

       Defendant.

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, H. B. Rentals, L.C. ("HBR"), which respectfully represents:

### PARTIES

1. Plaintiff HBR is a Louisiana limited liability company licensed to do business in the State of Colorado.

2. Defendant Goliath Industries, LLC ("Goliath"), is a Colorado limited liability company licensed to do and doing business in the State Colorado, with its principal place of business in Grand Junction, Colorado. Goliath may be served through its registered agent for service of process: Karl Troestler, 4973 Isabell Court, Golden, Colorado 80403.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), based upon the complete diversity of citizenship between plaintiff and defendant.

4. HBR certifies that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Pursuant to 28 U.S.C. § 1391(a), venue is proper in this district because this is the district in which the defendant resides.

## FACTS

6. HBR provides mineral production-related services and supplies, including specialized equipment and tools for use with well drilling, completion, production and workover activities at onshore and offshore oil and gas facilities.

7. At times relevant herein, Goliath was an oil and gas related service company.

8. Between approximately December 2012 and January 2014, and pursuant to contract with Goliath, HBR rented to Goliath various tools, supplies and equipment to Goliath (hereinafter referred to as the "Services").

9. HBR provided to Goliath and one or more Delivery Notes describing the Services provided, and subsequently thereto HBR provided Goliath with Invoices indicating the amount due for the Services. An authorized representative of Goliath signed each Delivery Note. Copies of Invoices and associated Delivery Notes pertaining to the Services are attached *in globo* as Exhibit A.

10. Under the terms of each Delivery Note and Invoice, Goliath agreed that each Delivery Note and Invoice would be governed by the *H. B. Rentals, L.C. Equipment*

*Rental/Services Agreement General Terms and Conditions* (hereinafter referred to as the "Terms"). *See* Exhibit A. A copy of the applicable Terms is attached as Exhibit B.

11. Per the Terms, Goliath agreed that the amount it owed HBR under each Invoice was due within 30 days of the invoice date, and that if payment was not timely made, interest on the outstanding balance would accrue from the invoice date until paid in the full amount of 1.5% per month. *See* Exhibit B at ¶ 3.2.

12. Per the Terms, Goliath also agreed to pay HBR all costs and expenses, including attorney fees and expenses, incurred in connection with the collection of past due amounts. *Id*.

13. HBR invoiced Goliath in the amount of $597,955.23 for its Services, $579,631.33 of which Goliath has failed and/or refused to remit despite demand.

14. Goliath has provided HBR with no reason for its refusal to remit the remaining $579,631.33 it owes HBR for the Services, and Goliath continues to wrongfully withhold such monies from HBR.

## FIRST CAUSE OF ACTION – BREACH OF CONTRACT

15. HBR incorporates by reference all prior allegations herein.

16. HBR agreed to provide the Services to Goliath under a valid and binding contract.

17. HBR performed as agreed pursuant to the contract.

18. Goliath breached the contract by failing and/or refusing to pay HBR for the Services HBR provided.

19. Pursuant to the contract, Goliath owes HBR the principal amount of $579,631.33, plus interest, and attorney fees to which HBR is entitled.

WHEREFORE, plaintiff, H. B. Rentals, L.C. prays that:

1. Goliath Industries, LLC, be served with summons and a copy of this Complaint;

2. There be judgment in favor of HBR and against Goliath, in the amount of $579,631.33, together with interest thereon, costs, and attorney fees as provided by contract and law; and

3. HBR have such other and further relief in the premises as in law and justice it may be entitled to receive

Respectfully submitted,

/s/ Kevin G. Barreca
Kevin G. Barreca (LA Bar # 7174)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Two Lakeway Center, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-mail: kbarreca@sessions-law.biz

*Attorneys for Plaintiff,*
*H. B. Rentals, L.C.*

\\sfnfs02\prolawdocs\9295\9295-33231\Goliath Industries, LLC\1494485.docx