IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02088-WYD-KMT

H. B. RENTALS, L.C.,

    Plaintiff,

v.

GOLIATH INDUSTRIES, LLC,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiff/Garnishor H. B. Rentals, L.C.'s Motion for Order Directing Alpine Banks to Tender Garnished Funds (ECF No. 18).  After careful consideration of the pending motion, I find that it should be **GRANTED.**  Accordingly, it is

ORDERED that the Plaintiff/Garnishor H. B. Rentals, L.C.'s Motion for Order Directing Alpine Banks to Tender Garnished Funds (ECF No. 18) is **GRANTED** to the extent that Alpine Banks of Colorado shall tender the sum of $41,404.99 to the Clerk of Court.  Upon the clearing of the funds, Plaintiff/Garnishor may filed an appropriate motion for disbursement to the proper recipient.

Dated: July 17, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE