IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02088-WYD-KMT

H. B. RENTALS, L.C.,

    Plaintiff,

v.

GOLIATH INDUSTRIES, LLC,

    Defendant.

**ORDER**

THIS MATTER comes before the Court on Plaintiff/Garnishor H. B. Rentals, L.C.'s Motion for Disbursement of Funds (ECF No. 21).  After careful consideration of the pending motion, I find that it should be **GRANTED**.  Accordingly, it is

ORDERED that the Plaintiff/Garnishor H. B. Rentals, L.C.'s Motion for Disbursement of Funds (ECF No. 21) is **GRANTED** to the extent that the Clerk of Court is authorized and directed to disburse funds currently being held by the Clerk in the amount of $41,404.99, and to tender the funds to Plaintiff/Garnishor as follows:

    H. B. Rentals, L.C.
    1001 Louisiana Street, Suite 2900
    Houston, TX 77002

Dated: July 29, 2015

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE